UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Victoria Ameri**          Case No.:    **18-22465-VFP**

                                    Chapter:     **7**

                                    Judge:       **Vincent F. Papalia**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on September 26, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: **493 Hillside Avenue, Allendale, New Jersey**<br><br>**Current Market Value of Property: $1,450,000.00**<br>**Estimated Cost of Sale: $145,000.00**<br><br>**Property owned jointly with Andrew Schildiner** |
|---|

| Liens on property: **Bank of New York - $1,339,652.00** |
|---|

| Amount of equity claimed as exempt: |
|---|

Objections must be served on, and requests for additional information directed to:

Name:           Benjamin A. Stanziale, Jr., Trustee

Address:        29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                            Case No. 18-22465-VFP
Victoria Ameri                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2       Date Rcvd: Aug 24, 2018
                              Form ID: pdf905             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db             #Victoria Ameri,    493 Hillside Ave,    Allendale, NJ  07401-1114
517602479       American Express,    PO Box 297858,    Fort Lauderdale, FL  33329-7858
517602480       American Recovery Service Inc.,    555 Saint Charles Dr Ste 100,    Thousand Oaks, CA  91360-3983
517602481       Bank of America, NA,    655 Paper Mill Rd,    Newark, DE  19711-7500
517602485       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
517602486       Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
517602487       Chase Home Equity Mortgage,    Mail Code OH4-7164,    3415 Vision Dr,    Columbus, OH  43219-6009
517602488       Chase Mtg,    PO Box 24696,    Columbus, OH  43224-0696
517602491       Direct TV,    PO Box 5007,    Carol Stream, IL  60197-5007
517602492       Diversified Consultants, Inc.,    PO Box 1391,    Southgate, MI  48195-0391
517602494       Kenny Newman,    740 Van Houten Ave,    Franklin Lakes, NJ  07417-2949
517602497       Law Offices of Frederic I. Weinberg,    1200 Laurel Oak Rd Ste 104,    Voorhees, NJ  08043-4317
517602498      +Law Offices of Hayt, Hayt & Landau, LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
517602499       Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA  18002-6314
517602500       Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA  50306-3581
517602501       New Jersey Division of Taxation,    Compliance and Enforcement, Bankruptcy U,
                 50 Barrack St # 9Th,    Trenton, NJ  08608-2006
517602503       PSE&G,    80 Park Plz Ste 9,    Newark, NJ  07102-4195
517602502       Peter Larson,    5975 Boulder Bridge Ln,    Excelsior, MN  55331-7972
517602504       Red Robin Landscaping,    467 Island Rd,    Ramsey, NJ  07446-1180
517602505       Santander Consumer USA,    PO Box 961245,    Fort Worth, TX  76161-0244
517602507       Zwicker & Associates,    80 Minuteman Rd,    Andover, MA  01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:48     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517602482      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 24 2018 23:27:13
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce de Leon Blvd Fl 5,
                 Coral Gables, FL 33146-1873
517602483      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 24 2018 23:27:13
                 Bayview Financial Loan,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1873
517602484       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2018 23:32:10
                 Capital One Bank USA, NA,    4851 Cox Rd,    Glen Allen, VA  23060-6293
517602489       E-mail/PDF: creditonebknotifications@resurgent.com Aug 24 2018 23:31:49      Credit One Bank,
                 ATTN: Bankruptcy,    PO Box 98873,    Las Vegas, NV  89193-8873
517602490       E-mail/PDF: creditonebknotifications@resurgent.com Aug 24 2018 23:32:40      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV  89193-8875
517602493       E-mail/Text: cio.bncmail@irs.gov Aug 24 2018 23:26:17     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
517602495       E-mail/Text: bnckohlsnotices@becket-lee.com Aug 24 2018 23:26:08     Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI  53201-3120
517602496      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 24 2018 23:26:08     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517602506       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2018 23:25:58
                 Verizon Wireless,    Attn. Bankruptcy Dept.,    500 Technology Dr Ste 550,
                 Weldon Spring, MO  63304-2225
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 2 of 2           Date Rcvd: Aug 24, 2018
                             Form ID: pdf905          Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Joseph John Reilly    on behalf of Debtor Victoria  Ameri jreilly@mcablaw.com,
               mcabrera@mcablaw.com,mcabecf@mcablaw.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2006-9) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```