**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Victoria Ameri | Social Security number or ITIN   xxx–xx–2214 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–22465–VFP | |

# Order of Discharge                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Victoria Ameri
aka Vicki Schildiner

10/31/18                                                                                    **By the court:**   Vincent F. Papalia
                                                                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                             Case No. 18-22465-VFP
Victoria Ameri                                                     Chapter 7
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2          Date Rcvd: Oct 31, 2018
                            Form ID: 318             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db              #Victoria Ameri,    493 Hillside Ave,    Allendale, NJ 07401-1114
cr              +Santander Consumer USA Inc,    Stewart Zimen& Jungers, Ltd,    2860 Patton Rd,
                  Roseville, MN 55113-1100
517602480        American Recovery Service Inc.,    555 Saint Charles Dr Ste 100,    Thousand Oaks, CA 91360-3983
517602487        Chase Home Equity Mortgage,    Mail Code OH4-7164,    3415 Vision Dr,    Columbus, OH 43219-6009
517602488        Chase Mtg,    PO Box 24696,    Columbus, OH 43224-0696
517602492        Diversified Consultants, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
517602494        Kenny Newman,    740 Van Houten Ave,    Franklin Lakes, NJ 07417-2949
517602497        Law Offices of Frederic I. Weinberg,    1200 Laurel Oak Rd Ste 104,    Voorhees, NJ 08043-4317
517602498       +Law Offices of Hayt, Hayt & Landau, LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
517602499        Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
517602500        Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
517602501        New Jersey Division of Taxation,    Compliance and Enforcement, Bankruptcy U,
                  50 Barrack St # 9Th,    Trenton, NJ 08608-2006
517602503        PSE&G,    80 Park Plz Ste 9,    Newark, NJ 07102-4195
517602502        Peter Larson,    5975 Boulder Bridge Ln,    Excelsior, MN 55331-7972
517602504        Red Robin Landscaping,    467 Island Rd,    Ramsey, NJ 07446-1180
517602507        Zwicker & Associates,    80 Minuteman Rd,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2018 23:56:27     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2018 23:56:26     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517602479        EDI: AMEREXPR.COM Nov 01 2018 03:28:00     American Express,    PO Box 297858,
                  Fort Lauderdale, FL 33329-7858
517602481        EDI: BANKAMER.COM Nov 01 2018 03:28:00     Bank of America, NA,    655 Paper Mill Rd,
                  Newark, DE 19711-7500
517602482       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 31 2018 23:56:53
                  Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce de Leon Blvd Fl 5,
                  Coral Gables, FL 33146-1873
517602483       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 31 2018 23:56:53
                  Bayview Financial Loan,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1873
517602484        EDI: CAPITALONE.COM Nov 01 2018 03:28:00     Capital One Bank USA, NA,    4851 Cox Rd,
                  Glen Allen, VA 23060-6293
517602485        EDI: CHASE.COM Nov 01 2018 03:33:00     Chase Card,    PO Box 15298,
                  Wilmington, DE 19850-5298
517602486        EDI: CHASE.COM Nov 01 2018 03:33:00     Chase Card Services,    Correspondence Dept,
                  PO Box 15298,    Wilmington, DE 19850-5298
517602489        EDI: RCSFNBMARIN.COM Nov 01 2018 03:28:00     Credit One Bank,    ATTN: Bankruptcy,
                  PO Box 98873,    Las Vegas, NV 89193-8873
517602490        EDI: RCSFNBMARIN.COM Nov 01 2018 03:28:00     Credit One Bank NA,    PO Box 98875,
                  Las Vegas, NV 89193-8875
517602491        EDI: DIRECTV.COM Nov 01 2018 03:33:00     Direct TV,    PO Box 5007,
                  Carol Stream, IL 60197-5007
517602493        EDI: IRS.COM Nov 01 2018 03:28:00     Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
517602495        EDI: CBSKOHLS.COM Nov 01 2018 03:28:00     Kohls/Capital One,    Kohls Credit,    PO Box 3120,
                  Milwaukee, WI 53201-3120
517602496       +EDI: CBSKOHLS.COM Nov 01 2018 03:28:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
517602505        EDI: DRIV.COM Nov 01 2018 03:28:00     Santander Consumer USA,    PO Box 961245,
                  Fort Worth, TX 76161-0244
517602506        EDI: VERIZONCOMB.COM Nov 01 2018 03:28:00     Verizon Wireless,    Attn. Bankruptcy Dept.,
                  500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 17

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2                 Date Rcvd: Oct 31, 2018
                              Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2006-9) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joseph John Reilly    on behalf of Debtor Victoria  Ameri jreilly@mcablaw.com,
               mcabrera@mcablaw.com,mcabecf@mcablaw.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2006-9) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```